## BANKSTON v. CITY OF CLARKSDALE.

(Division B.  March 10, 1924.)

[99 So. 266.  No. 23960.]

APPEAL AND ERROR.  *Suggestion of diminution not granted where record does not contain the correct notes, in absence of showing that correct notes are on file in clerk's office.*

    The supreme court will not grant suggestion of diminution stating that the stenographer failed to include in the record the correct notes taken at the trial but by mistake transcribed the notes taken in another case, in the absence of a showing that the notes of the stenographer in the proper case are on file in the clerk's office, since the supreme court has no jurisdiction to compel the stenographer to file the notes.

APPEAL from circuit court of Coahoma county.

HON. W. A. ALCORN, JR., Judge.

Proceeding between Robert Bankston and the city of Clarksdale.  From the judgment rendered, the former appeals.  On suggestion of diminution.  Suggestion overruled.

ETHRIDGE, J., delivered the opinion of the court.

The suggestion of diminution states that the stenographer failed to include in the record in this cause the true and correct notes taken at the trial, but that the stenographer by mistake transcribed the notes taken in another case in which the defendant was acquitted and discharged and from which no appeal was prosecuted. Neither the suggestion of diminution nor the affidavit in support thereof states that the notes of the stenographer in the proper case are on file in the clerk's office. This court has held several times that it had no jurisdiction over the stenographer to compel him to file his notes, and, there being no showing that such notes are on file for the clerk to certify here, the suggestion of diminution is overruled.

                          *Suggestion of diminution overruled.*